FERDINAND A. STRAUS, Appellant, v. KENNETH H. GRANGER, Respondent.— No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ. [See *post*, p. 778.]

MAX DRUCKER FABRICS, INC., Respondent, v. SAMUEL O'BISO, Doing Business under the Name of TEX-O-RAY FABRICS, Appellant.— No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.

TALENT REPRESENTATIVES, INC., Respondent, v. FRANCOIS SZONY et al., Appellants, et al., Defendants.— No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.

In the Matter of PETER JOSEPH HABERKORN (also known as PETER J. HABERKORN) for Reinstatement as an Attorney.— Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

(December 5, 1951.)

In the Matter of HERBERT LUSTBADER et al., Petitioners, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority, Respondents.— No opinion. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ.